IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RODNEY JAMES MARINA,**

    Petitioner,

vs.                                                        CASE NO. 5:08cv164-RS/AK

**AGNES DAVIS,**

    Respondent.
_____/

## O R D E R

This cause is before the Court on Petitioner's petition for § 2241 relief, Doc. 1, and motion for leave to proceed *in forma pauperis*. Doc. 2. A review of the IFP motion and attached inmate account shows both an average account balance and average monthly deposits which exceed $25.00. Under those circumstances, Petitioner is not entitled to proceed IFP but must instead pay the $5.00 filing fee. Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED:**

That the application for leave to proceed IFP, Doc. 2, is **DENIED;**

That Petitioner shall have until **June 24, 2008**, to pay the $5.00 filing fee;

**Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**.

**DONE AND ORDERED** this  *23rd*  day of May, 2008.

                                                   *s/ A. KORNBLUM*
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**