IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY JAMES MARINA,

    Petitioner,

vs.                                  CASE NO. 5:08cv164/RS-AK

AGNES DAVIS, Warden,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 (Doc. 1) is denied because of failure to exhaust administrative remedies.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on July 30, 2008.

                                    /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**